Nos. 298, 381. ESTATE OF TAYLOR: ONDERDONK, Appellant, v. KEEPMAN and others, Respondents.

(Also reported in 223 N. W. 2d 687.)

Wills. Evidence. Handwriting. Opinion testimony by witnesses. Documents. Claimant's purported bill of sale and lease. Authenticity and delivery issues not determined. Remand. Personal representative. Propriety of removal. Conflict of interest.

The cause was submitted for the appellant on the briefs of *James O. Onderdonk* of Madison, pro se, and for the respondents on the brief of *Richard J. Callaway* of Madison.